# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Rivera,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-21-00388-TUC-SHR<br><br>**ORDER** |

On November 21, 2022, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended the Court vacate the decision of the Commissioner and remand this matter. (Doc. 22.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 12.) No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district court only needs to review magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections was December 5, 2022. As noted, no objections have been filed, and neither party has requested additional time to do so. Therefore, the Court may adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (district court declined to review the magistrate judge's report because no objections were filed). Nonetheless, the Court finds the R&R well-reasoned and agrees with Judge Ferraro's conclusions. Accordingly,

**IT IS ORDERED** Magistrate Judge Ferraro's Report and Recommendation (Doc. 22) is **ADOPTED.**

**IT IS FURTHER ORDERED** the final decision of the Commissioner of Social Security is **VACATED** and the case is **REMANDED** for further proceedings consistent with this Order.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close the file in this case.

Dated this 22nd day of December, 2022.

Honorable Scott H. Rash
United States District Judge